**IN RE: Jaron BRICE, Petitioner.**

No. 16-1528

United States Court of Appeals,
Fourth Circuit.

Submitted: September 13, 2016

Decided: September 16, 2016

Jaron Brice, Petitioner Pro Se.

Before TRAXLER, AGEE, and
THACKER, Circuit Judges.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Jaron Brice has filed a petition for an
original writ of habeas corpus challenging
his convictions. This court ordinarily declines to entertain original habeas corpus
petitions under 28 U.S.C. § 2241 (2012),
and this case provides no reason to depart
from the general rule. Moreover, we find
that the interests of justice would not be
served by transferring the case to the
district court. See 28 U.S.C. § 1631 (2012).
Accordingly, we deny leave to proceed in
forma pauperis, deny Brice's motions for
summary judgment and for release pending review, and dismiss the petition. We
dispense with oral argument because the
facts and legal contentions are adequately
presented in the materials before this
court and argument would not aid the
decisional process.

PETITION DISMISSED